P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>VIKING MOTEL LLC,<br><br>Defendant. | Case No: 2:25-cv-4736<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Fed.R.Civ.P. 41(a)(1). Each party to bear their own fees and costs.

    RESPECTFULLY SUBMITTED this 16th day of July, 2025.

                                          /s/ Peter Kristofer Strojnik
                                          Peter Kristofer Strojnik (242728)
                                          Attorneys for Plaintiff